Dismissed and
Memorandum Opinion filed December 9, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-01078-CV

____________

 

MAURICE DAVIS, Appellant

 

V.

 

GAUDENCIO SALDIVAR, Appellee

 



 

On Appeal from the County Court at Law No. 1

Galveston County, Texas

Trial Court Cause No. 60,141

 

 

 



M E M O R
A N D U M   O P I N I O N

            This is an appeal from a judgment signed November 16, 2009. 
The clerk’s record was filed January 27, 2010.  The reporter’s record was filed
September 2, 2010.  Appellant’s brief was due October 2, 2010, but it was not
filed.  No motion for extension of time was filed.

            On November 4, 2010, this court issued an order stating that
unless appellant filed his brief and a motion reasonably explaining why the
brief was late on or before December 3, 2010, the court would dismiss the
appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).  Appellant
filed no response.  

Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Anderson, Frost and Brown.